## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TADARYL WILLIAMS,<br>   Plaintiff,<br>vs.<br>JIMMY HARMER, et al.<br>   Defendants. | Case No. 2:16-cv-00131-GMN-GWF<br><br>**ORDER** |

  Presently before the Court is Plaintiff Tadaryl Williams's motion (ECF No. 5) requesting permission to participate in the Court's Early Neutral Evaluation Program. Under Local Rule 16-6(a), all employment discrimination actions filed in this Court must undergo early neutral evaluation. Local Rule 16-6(a) lists the types of cases that fall under the Early Neutral Evaluation Program, which includes cases brought under 42 U.S.C. § 1983 "if the complaint alleges discrimination in employment on the basis of race, color, gender, national origin, and/or religion."

  Here, Plaintiff brings a civil rights complaint under 42 U.S.C. § 1983 alleging that various individuals employed by Local 631 Union discriminated against him and violated his Constitutional rights by refusing to reinstate him as a supplemental worker, placing him on a blacklist, refusing to investigate Plaintiff's retaliation claims, failing to provide Plaintiff with representation, and failing to assist Plaintiff in filing grievances. (Compl. (ECF No. 1) at 2-9.) Although Plaintiff alleges various Defendants discriminated against him in violation of 42 U.S.C. § 1983, he does not include factual allegations stating that the discrimination was because of Plaintiff's race, color, gender, national origin, and/or religion. The Court therefore finds that Plaintiff's case does not fall under the Early Neutral Evaluation Program.

///

IT IS THEREFORE ORDERED that Plaintiff Tadaryl Williams's Motion (ECF No. 5) requesting permission to participate in the Early Neutral Evaluation Program is DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court must terminate the undersigned's designation as the settlement judge in this case.

DATED: March 1, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**