# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TADARYL WILLIAMS, )
)
          Plaintiff, )    Case No.: 2:16-cv-00131-GMN-GWF
   vs. )
)    **ORDER**
JIMMY HARMER, LOCAL 631 UNION, )
TOMMY BLITSCH, JENNIFER DODDS, )
YVONNE ANDRADE, CAMILLA )
GRANTINETTI, LAURA SIMS, )
)
          Defendants. )
_____)

    On March 28, 2017, this Court entered an Order granting Defendants' Motion to Dismiss. (ECF No. 24). In that Order, the Court dismissed Plaintiff's claims for breach of fiduciary duty and unfair labor practices without prejudice. (*Id.* 11:17–18). Plaintiff was given until April 17, 2017, to file an amended complaint that sufficiently stated these claims and was warned that failure to file an amended complaint by that date would result in those claims being dismissed with prejudice. As of the date of this Order, however, Plaintiff has failed to file an amended complaint.

    Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's claims for breach of fiduciary duty and unfair labor practices are dismissed with prejudice. As all claims against Defendants have been dismissed with prejudice, the Clerk of Court is instructed to close the case.

    **DATED** this __22__ day of May, 2017.

                                       _____
                                       Gloria M. Navarro, Chief Judge
                                       United States District Court